UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| LITTLE ARM INC. D/B/A B&B | ) | |
| DISTRIBUTIONS, BOHEMIAN | ) | |
| GROOVE LLC, MELX2 ENTERPRISES | ) | |
| INC., and IDK ANYTHING LLC, | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | 1:13-cv-00862-RLY-DML |
| | ) | |
| PROSECUTORS: ADAMS, ALLEN, | ) | |
| BARTHOLOMEW, BENTON, | ) | |
| BLACKFORD, BOONE, BROWN, | ) | |
| CARROLL, CASS, CLARK, CLAY, | ) | |
| CLINTON, CRAWFORD, DAVIESS, | ) | |
| DEARBORN, DECATUR, DEKALB, | ) | |
| DELAWARE, DUBOIS, ELKHART, | ) | |
| FAYETTE, FLOYD, FOUNTAIN, | ) | |
| FRANKLIN, FULTON, GIBSON, | ) | |
| GRANT, GREENE, HAMILTON, | ) | |
| HANCOCK, HARRISON, | ) | |
| HENDRICKS, HENRY, HOWARD, | ) | |
| HUNTINGTON, JACKSON, JASPER, | ) | |
| JAY, JEFFERSON, JENNINGS, | ) | |
| JOHNSON, KNOX, KOSCIUSKO, | ) | |
| LAGRANGE, LAKE, LA PORTE, | ) | |
| LAWRENCE, MADISON, MARION, | ) | |
| MARSHALL, MARTIN, MIAMI, | ) | |
| MONROE, MONTGOMERY, | ) | |
| MORGAN, NEWTON, NOBLE, OHIO, | ) | |
| ORANGE, OWEN, PARKE, PERRY, | ) | |
| PIKE, PORTER, POSEY, PULASKI, | ) | |
| PUTNAM, RANDOLPH, RIPLEY, | ) | |
| RUSH, ST. JOSEPH, SCOTT, SHELBY, | ) | |
| SPENCER, STARKE, STEUBEN, | ) | |
| SULLIVAN, SWITZERLAND, | ) | |
| TIPPECANOE, TIPTON, UNION, | ) | |
| VANDERBURGH, VERMILLION, | ) | |
| VIGO, WABASH, WARREN, | ) | |
| WARRICK, WASHINGTON, WAYNE, | ) | |

|  |  |
|---|---|
| WELLS, WHITE, WHITLEY COUNTIES, | ) ) |
| Defendants. | ) |

## FINAL JUDGMENT

On March 31, 2014, the court granted Defendants' Motion for Judgment on the Pleadings on Plaintiffs' claims under: (1) state law; (2) the federal Equal Protection Clause; and (3) the federal Due Process Clause on an as-applied challenge. (Filing No. 110). On April 11, 2014, Plaintiffs notified the court that they no longer intended to pursue the takings claim referenced in their complaint. (Filing No. 113). On September 4, 2014, the court *sua sponte* granted Defendants summary judgment on Plaintiffs' only remaining claim – a facial due process challenge. (Filing No. 117 ). As all Plaintiffs' claims have been finally resolved, the court enters final judgment in favor of Defendants and against Plaintiffs.

**SO ORDERED** this 3rd day of September 2014.

_____
RICHARD L. YOUNG, CHIEF JUDGE
United States District Court
Southern District of Indiana

Laura Briggs, Clerk
United States District Court

_____
By: Deputy Clerk

Distributed Electronically to Registered Counsel of Record.